JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LYNN MAGNANDONOVAN,

    Plaintiff,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES et al.,

    Defendants.

Case No. 5:25-cv-02897-SB-ADS


FINAL JUDGMENT

    For the reasons stated in the separate order of dismissal, it is ordered that Plaintiff Lynn Magnandonovan's claims against Defendants are dismissed without prejudice and the matter is remanded to the Medicare Appeals Council.

    This is a final judgment.


Date: April 17, 2026

_____
    Stanley Blumenfeld, Jr.
    United States District Judge

1